# Exhibit 1

## All rights reserved.

No part of the book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Published by Blushing Books®,
a subsidiary of

ABCD Graphics and Design
977 Seminole Trail #233
Charlottesville, VA 22901

The trademark Blushing Books®
is registered in the US Patent and Trademark Office.

Cain, Addison
Born to be Broken
Print ISBN: 978-1-68259-623-4
Cover Art by ABCD Graphics & Design

This book is intended for adults only. Spanking and other sexual activities represented in this book are fantasies only, intended for adults. Nothing in this book should be interpreted as Blushing Books' or the author's advocating any non-consensual spanking activity or the spanking of minors.

## Chapter 1

By the time she'd found his home, Claire could little more than crawl. Scratching at the portal, fingers numb, she slumped to the floor. When the door cracked and squinting eyes showed in the dark, had she the capacity, Claire would have laughed. Never had a man looked more shocked.

She was filthy; stringy hair wet from snow and sweat, limbs badly scraped from her fall. About her throat, a bruise tellingly shaped in a handprint circled like a sad necklace. That was nothing compared to the state of her feet when he tried to help her stand. Torn and bleeding, more skin had been worn away than was sound. Corday hoisted her from the ground, her freezing body flush to his, and locked the door.

"Claire!" He vigorously rubbed his hands up and down the trembling woman's back. "I have you."

It's a good thing he did; once the door locked her eyes rolled back in her skull, Claire unconscious. Corday rushed her to his shower, cranked on the heat, and stood with her under the spray. Her lips were blue, and no wonder considering that temperatures on this level of the Dome had grown near freezing. The Beta stripped off her ruined dress and washed every rivulet of blood from his friend, finding more bruises, more wounds, more reasons to hate Shepherd.

1

All rights reserved.

No part of the book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Published by Blushing Books®,
a subsidiary of
ABCD Graphics and Design
977 Seminole Trail #233
Charlottesville, VA 22901
The trademark Blushing Books®
is registered in the US Patent and Trademark Office.

Addison Cain
Born to be Bound: Alpha's Claim, Book One

Print ISBN: 978-1-68259-398-1
Cover Art by ABCD Graphics & Design

This book is intended for adults only. Spanking and other sexual activities represented in this book are fantasies only, intended for adults. Nothing in this book should be interpreted as Blushing Books' or the author's advocating any non-consensual spanking activity or the spanking of minors.

# Dedication

For Chey, whom I adore