# Exhibit 5



from:  Stephanie McGrath (Kobo Writing Life) <support@kobowritinglife.zendesk.com>

reply-to: Kobo Writing Life <support+id16802@kobowritinglife.zendesk.com>

to:

date:  Tue, May 15, 2018 at 4:58 PM

subject: [Kobo Writing Life] Re: Blocked Books

### Stephanie McGrath (Kobo Writing Life)

May 15, 11:58 AM EDT

Hi ▮,

The complaint was made against your series as whole, specifically referring to all titles. You will have to contact the publisher for more information.

Best,

Stephanie







from: Draft2Digital Support <support@draft2digital.com> via freshdesk.com
reply-to: Draft2Digital Support <support@draft2digital.com>
to:
date: Fri, May 18, 2018 at 4:31 PM
subject: Re: [#114566] Books not found

Hello,

Thank you for the updated Counter Notice. Please note: Addison Cain has now submitted DMCA's on all 3 of your titles in this series. Please supply Counter Notices for the other two books in this series. We've already supplied B&N with the Counter Notice for Book 3.

Best Regards,

Tara
Draft2Digital

**Follow us on Social Media!**

