# Exhibit 8





 **Addison Cain** shared a link.

🛡 Admin · February 21

Anyone in the mood to upvote some 5 stars and down vote some 1 stars?

https://www.amazon.com/Born-Bound-Alphas-Claim-Book-ebook/dp/B01E1HQ57O



 (313 Reviews)

AMAZON.COM
**Born to be Bound (Alpha's Claim Book 1)**
Surrender is not survival.Claire is desperate. Her once thriving city lies in ruins. The str…

👍❤️ 39                                      67 Comments

👍 Like          💬 Comment













**Addison Cain** shared a link.

⊙ Admin · 24 October 2017

Want to help out an author? Please go upvote a few 5 star reviews (mark them as helpful), and mark any negative reviews as unhelpful. Please do not comment on any negative reviews. 😊

Love ya!



★★★★⯪ (151 Reviews)

## Stolen (Alpha's Control Book 1)

He stole her off the streets in broad daylight—the first Omega discovered in Bernard Dome in generations. He took her with violence while none intervened. He broke her, swearing he'd put her back together.Brenya Perin was ordered to submit.Bernard...

AMAZON.COM

👍❤️ 28                                            24 Comments

👍 Like                    💬 Comment