# Exhibit 9







 **M.D. Pentacles** shared a link.
Moderator · 8 hrs

Sooo.. if this is inappropriate for this room, happily delete. And I don't want to stir up a shit-tornado, but I think I kind of needed to vent for a moment? I've been blocked by several prominent authors in the Omegaverse genre, and I've been racking my brains trying to figure out why. What did I do to irritate everyone? Is it enough to simply publish in a genre that makes me the villain here? I don't even know what I'm asking for. Maybe just... confirmation that I'm an asshole, or not totally insane? I don't know!! Someone throw cookies at me and make me feel better! I mean, Christ, I'm not exactly writing books that are going to go main stream unless it's a joke about how fuckity the stories are. 😛 Thanks for letting me wine. ❤



👍 Like                              💬 Comment

😲👍 11

 **Addison Cain** ⊙ *hands over cookie
What happened?



the haters 😝

Like · Reply · 1d    ❤ 1

**M.D. Pentacles** ✓ I'm not sure if it's shaming me for writing the weirdest shit I can think of, or more... competitive in a genre where readers are STARVING for more? Either way, I'm in love with Omegaverse and wanted to read more... so I wrote it! 😛 It isn't necessarily good, but it's fun as fuk. 😛

Like · Reply · 1d    😆 1

Write a reply...

**Addison Cain** ✓ Unfortunately not all authors are good people. MOST of them are though, so don't let a few bad eggs ruin the fun for you. Message me and we'll chat. I'm happy to introduce you around. ❤

Like · Reply · 1d    ❤ 1

**M.D. Pentacles** ✓ You, madam, are amazing. Thanks for being one of the good ones!!!! ❤ ❤

Like · Reply · 1d    👍 1

Write a reply...

▬▬▬▬▬▬▬ Screw them!! Do you, babygirl. I loved ur tentacle story but didn't read ur latest since I don't like RH, but it's still all love from over here.

Like · Reply · 1d    ❤ 1

**M.D. Pentacles** ✓ No worries at all, sugar plum!! To each their own!! I'm sure something else will catch my attention and then I'll write that into raunchy porn too! 😛

Like · Reply · 1d    😆 1

▬▬▬▬▬▬▬ I'd be all over that...white on rice

Like · Reply · 1d    ❤ 1

Write a reply...

Write a comment...



