# Exhibit 11

The cliffhanger felt like my kindle died suddenly. It uncomfortably felt too much like the author was copying Addison Cain (who probably doesn't mind but it feels off to me).

**I feel like I've read it before**
By ▮▮▮▮▮ on April 23, 2018
Format: Kindle EditionVerified Purchase
What an interesting book, I feel like I've read it before. Oh, wait, I have. It was Addison Cain's Born to be Bound first. You can't switch character names and add in magic just to change a story and call it yours.

The plot lines of these two books are the same. I can't support this author stealing another's work or ignore it.

**Rip off**
By ▮▮▮ on March 26, 2018
Format: Kindle EditionVerified Purchase
This story was good but Addison Cain wrote it better in Born to be Bound. This is almost the exact same story only the names are different. Even has the same ending with heroine escaping at end of the book. You should be ashamed of yourself Zoe Ellis...i want my money back!



**2.5 stars**

World building similar to Addison Cain's Alpha's Claim Series.









## Courtney's Reviews > Crave To Conquer



**Crave To Conquer (Myth of Omega, #1)**
by Zoey Ellis (Goodreads Author)





review                                                    Apr 23, 2018

bookshelves: to-read

What an interesting book, I feel like I've read it before. Oh, wait, I have. It was Addison Cain's Born to be Bound first. You can't switch character names and add in magic just to change a story and call it yours.

The plot lines of these two books are the same. I can't support this author stealing another's work or ignore it.

✔ Read ▼

Rate this book
☆ ☆ ☆ ☆ ☆

Follow Reviews                                    Like  · flag

### READING PROGRESS

○  January 13, 2018 – Shelved
○  January 13, 2018 – Shelved as: to-read

### COMMENTS                                    Post a comment »

No comments have been added yet.

Notify me when people comment

I belong to several of Addison Cain's Facebook groups and this new Alpha/Omega series has been a hot topic in the comments. Yes, there are strong similarities to the Alpha Claim series and the rules for the Alpha/Omega pairings are basically the same but both series are different in characters and story. The Alpha Claim series is a dystopian novel and Myth of the Omega is medieval fantasy series. While the Alpha/Omega rules are the same in both books they are very different and both are very enjoyable. By the way I'm Team Drocco all the way!