# Exhibit 12



 **Ivana B. Kinkee** shared a link.
Moderator · 18 July at 22:37

So... I just got my first seriously hateful review on Alpha's Clarity. I know I can't let it get to me, but should I be worried about amazon banning the book? It says the dreaded "R" word in the review and now I'm so nervous. 😔😷😷✏️

Addison Cain - I know you dealt with this on BTBB, any tips? I dont have anywhere near your number of reviews to hide this one. 💔



Gang rape the drugged woman after dragging her into an ...

AMAZON.COM

👍 Like                                                   💬 Comment

😮👍😢 7

It seems like Amazon customer(who's probably a loser!!) obviously doesn't appreciate this genre of writing. That being said, they should have been aware of what a reverse harem is and did a bit of homework on the subject if they weren't sure it's what they want.
My policy is, if you don't like it, don't read it and don't be a donkeys ass and leave shitty reviews if it's not your cup of tea.
It's one thing if it's badly written and has grammatical errors, that's understandable for a lower rating.
I guess in any industry, not everyone is going to be fan. It seems the good reviews out-way the bad, so carry on and keep doing what you're doing cause I like it!
Ps I left a good review, sorry I'm always behind on them lol 😁😂
                                                                           👍❤ 5
Like · Reply · 1w

 **Ivana B. Kinkee** ✓ Yeah, I looked at some of the other reviews on their acct and they dont seem to like much, but damn... this is harsh. I wish more people would just move on instead of hating on other people's fantasies. IT's just fiction!








