# Exhibit 14

From: **Bethany Burke** <bethany@blushingbooks.com>
Date: Tue, May 29, 2018 at 9:44 PM
Subject: Amazon titles

████████████████████████████████

I have received your contact information from Barry and I-Books, (regarding case #IBK95560).

I am assuming that you are either Zoey Ellis or, because you contacted Apple in this matter, are authorized to represent her.

As you are well aware, ABCD Graphics and Design, a Virginia company (DBA Blushing Books) has published the following titles:

> **Born To Be Bound (ASIN: B01E1HQ57O – Alpha's Claim - Book 1 – author Addison Cain – Published April 8, 2016) (https://www.amazon.com/Born-Bound-Alphas-Claim-Book-ebook/dp/B01E1HQ57O/ref=asap_bc?ie=UTF8)**
>
> **Born To Be Broken (ASIN: B01GLVJ0GQ Alpha's Claim - Book 2 – author Addison Cain – Published June 3, 2016) (https://www.amazon.com/Born-Broken-Alphas-Claim-Book-ebook/dp/B01GLVJ0GQ/ref=asap_bc?ie=UTF8)**
>
> **Reborn (ASIN: B01LG31JAE – Alpha's Claim - Book 3 – author Addison Cain - Published September 1, 2016) (https://www.amazon.com/Reborn-Alphas-Claim-Book-3-ebook/dp/B01LG31JAE/ref=asap_bc?ie=UTF8)**

Zoey Ellis, in conjunction with Quill Ink Books Limited (not listed on Amazon but listed on Apple) has published:

> **Crave to Conquer (ISBN: 1983661627 – ASIN: B0785GFVZ4 - Myth of Omega – Book 1 author – Zoey Ellis - Published January 15, 2018).**
>
> **Crave to Capture (ISBN: 1986613518 - ASIN: B078VDD5NL - Myth of Omega – Book 2 author – Zoey Ellis - Published March 20, 2018)**
>
> **Crave to Claim ( ASIN:B07BH29WQJ - Myth of Omega - Book 3 author Zoey Ellis - Published May 23, 2018)**

We are in consultation with our attorney regarding this matter.  We believe that Addison Cain's books' similarities with your titles go beyond what is permissible in writing in the fan world of "OmegaVerse."  We believe that the plot similarities are so many and so striking that your works essentially follow an identical plot, with only point of view changed,  and we believe that in court, we could persuade a judge of this.

We intend to defend our author's rights to the fullest extent permissible under American copyright law.  However, before we proceed I wished to reach out directly to you and ask you to voluntarily remove the infringing material from sale, specifically Crave to Conquer, Crave to Capture, Crave to Claim.   If you do so, you will keep all revenue

these titles have earned so far (at least on Amazon) and your Amazon account should not be impacted in any way.

We both know that Amazon is unpredictable, but if the books are removed from sale as a result of our legal action, you will almost certainly lose the revenue and your account may be shut down.  The risks to you are great.

I believe you plagiarized Ms. Cain's titles.  However, in order to prevent a costly legal battle, I will agree to this compromise.

Please contact me by noon Eastern Time on May 30, 2018 and let me know if you agree to my terms.  If you do not, we will advise our attorney to move forward with all legal avenues open to us.

Bethany Burke
CEO - Blushing Books Publications