# Exhibit 16




**Addison Cain**
@AddisonICain

Home
**Posts**
Photos
About
Community
Events
Groups
Info and ads

**Create a Page**

👍 Like   🔊 Follow   ➤ Share   ...

 **Addison Cain**
27 March 2016 · 

Just so you don't believe her hype. I have tried to be lighthearted about this but it has been a nightmare. I finally posted a response to the plagiarism of BTBB by TheDragonsMaiden' in her story To Mate an Omega. This was my post which was taken down within 30 minutes. After the post will be her response:

"I've done my best to ignore this mess from day one. Usually things like this blow over, so I just waited it out and refuse to engage with drama. We'll get to the issue of whether or not this story was plagiarized in a moment, but first I want to discuss facts.

Fact one: TheDragonsMaiden posted in the comments on her first chapter that she had never heard of me or of BTBB on the date of 3/4/16. She then claimed to have been directed to my story on another site, reading BTBB to completion to assure herself and her readers that she had not in any way plagiarized my manuscript. This is impossible. My story has been removed from every website since 2/15/2016 because it is getting published. Literotica takes a bit longer to remove a story after the request is made, so it was removed a few days later. There is no way she could have read it when she claimed she did.

Fact two: I received an unsolicited email from her on 3/24/16 which I will post here:

-Hello.

I'm the one writing To Mate an Omega.

I just wanted to let you know that I am in no way copying your story. My story is actually just a bunch of short stories I've written over the past few years that I am finally stinging together to make an actual story. I didn't even read BTBB until after I had written most of my story. Someone was nice enough to send me the link to the story on another site before it was taken down.

I will admit that there are some similarities, but I honestly believe that they don't go beyond common Lycan traits or actual wolf behavior. EX: One of the things pointed out was the den vs nest. Real wolves den, and both the male and female assist in it's creation. Another was the vitamin. I was an army medic. I saw MANY soldiers and Iraqis with vitamin deficiencies. I take vitamins, my kids take vitamins, if I would supply vitamins for the world I would. lol. As for Omega heat, Mating bite, increased sense of smell and speed, those are all common Lycan traits.

Having read your whole BTBB, I can promise you that beyond the common



**Addison Cain**
@AddisonICain

Home

Posts

Photos

About

Community

Events

Groups

Info and ads

Create a Page



would. lol. As for Omega heat, Mating bite, Increased sense of smell and speed, those are all common Lycan traits.

Having read your whole BTBB, I can promise you that beyond the common themes in any government take over and Lycan stories, there are very few similarities. I think 2 chapters, one of which is under 3 thousand words and the second of which is mainly a sex scene, and honestly a few may have seen chapter 3 before it was taken down for "plagiarism") is a little soon to be screaming "plagiarism". For instance, BTBB your female is kept secluded, where as my main theme is Daddy Dom with constant contact.

This isn't meant to sound snide, so please don't take it that way, but I am not going to stop writing because I know 100% that I am not copying you.

But, to the main reason I am messaging you. If I keep getting rude and THREATENING messages from your readers I will start reporting them. I woke up to several this morning. I sincerely hope you aren't encouraging that kind of behavior, but if I find out you are I will feel it necessary report you as well.

If you would like to discuss this farther, feel free to email me at (Email removed to protect her privacy)-

My point in showing you this is that It is absolutely impossible that TheDragonsMaiden could have read it Born to be Bred at this time. This means she was dishonest. Whether or not she's read the story before writing hers or fibbed about reading the story afterward, she lied. This is one of many lies.

I did not respond to this email.

Reading her comments posted here, how she's playing to you for sympathy as if she attacked, is the reason I am writing this. Making claims that she's been threatened are very serious charges. So, I'd like to see proof. I don't believe that she's had people say anything beyond the fact that they think she stole my work. TheDragonsMaiden changes her stories to suit her audience and plays a victim for the purpose of garnering attention. I am not going to analyze her every comment or do more than touch on the fact that posting links to websites about wolves does not means her writing is original, it just means she was trying to cover her ass. Anyone could have googled that in five minutes and put links up. I am not even going to tell you that she plagiarized my work. I am going to let you decide that for yourself. Because my work is copyrighted, and because there are Digital Media Copyright Act laws set to protect writers (and massive fines for breaking them), and publishers I have to answer to, I had to make a list of anything that could be construed as plagiarism. I am going to attach that list here; you can read it and decide for yourself.

Key facts of her plot are practically identical to mine - an Alpha storms a city's government headquarters hanging all his political enemies (she calls them counselors, I called them senators). Arik's soldiers are called



**Addison Cain**
@AddisonICain

Home
**Posts**
Photos
About
Community
Events
Groups
Info and ads

Create a Page

👍 Like    🔊 Follow    ➤ Share    ...

Key facts of her plot are practically identical to mine - an Alpha storms a city's government headquarters hanging all his political enemies (she calls them counselors, I called them senators). Arik's soldiers are called Followers, just like in my story. The Alpha comes across an Omega in heat. He goes into a rut and makes her choose being mated by him or being raped by everyone else.

Here are examples of sentence by sentence/scene for scene parallels. Passages from the first two chapters of my book will be labeled BTBB. TheDragonsMaiden's will be labeled TMO:

1. BTBB: "Either you submit willingly to me where I will rut you through your heat, or you may leave out that door where my men will, no doubt, mount you in the halls once they smell you."

TMO: "You've two choices, little girl. I will transport you to my home, where I will tend your needs and see you through this heat. Or," The smirk turned dangerous, "I will leave you here, with that door wide open. When heat hits you, your scent will saturate this entire area and every Alpha within miles will flock here to mount and fuck you into oblivion. You will be harmed and possibly killed."

2. BTBB: There was something so infinitely soothing in that low rumble that she sighed audibly and did not bolt at his slow, measured approach.

TMO: The simple gesture was infinitely soothing, more so than anything else she could remember.

3. BTBB: A rending of fabric preceded cool air over fevered skin.

TMO: The next thing she was able to process was cool air on her flushed skin.

4. BTBB: No, she wanted the thing that was supposed to happen. He was supposed to be fucking her. Why was he waiting? - Every part of her was screaming out that he should be stroking her and easing the need. THAT IT WAS HIS JOB!

TMO: She was in heat. He was supposed to be fucking her! It was the natural order of the hierarchy. Why wasn't he?

5. BTBB: Claire felt every single muscle in her pussy jump to life, saw his eyes grow vicious and feral, felt his knot expand as he ground in, hooking behind her pelvic bone, locking them as deep as he could go.

TMO: He thrust forward, burying his cock as deep as he was able, allowing his knot to grow and anchor behind her pelvic bone.

6. BTBB: The instant the knot began to diminish she registered the loss of precious fluid, felt his seed leaking out of her, and whined. As if knowing her thoughts, Shepherd dragged his fingers in the little river and brought his ejaculate to her mouth. The smell alone drove her wild, the taste a thousand times more.



**Addison Cain**
@AddisonICain

Home
**Posts**
Photos
About
Community
Events
Groups
Info and ads

Create a Page

👍 Like    🔊 Follow    ➤ Share    ⋯

thoughts, Shepherd dragged his fingers in the little river and brought his ejaculate to her mouth. The smell alone drove her wild, the taste a thousand times more.

TMO: It was while she was in that dreamlike state that Arik's knot began to ease and precious fluid began to drip from her body. Without even opening her eyes, Morgyn snarled her displeasure at the loss when his flaccid cock slid out of her still needy body. Arik brought his fingers to the plump lips that were coated in both of their juices, allowed them to glide through such a perfect concoction. He watched the little female's eyelids flutter as he brought them to her mouth.

7. BTBB: Sharp teeth came to her shoulder, Shepherd's knot growing bulbous until the Alpha could no longer thrust and she could not squirm away. She screamed in pain and pleasure, sobbing as his teeth ripped into her skin, Shepherd growling long and low with her flesh torn from his bite.

TMO: Without warning, his teeth clamped down on the sensitive flesh at the crook of her neck. He growled savagely in satisfaction when he felt his teeth pierce flesh and the exquisite taste of her blood flow into his mouth, over his tongue.

8. BTBB: She was sleeping, nesting deep into the blankets covered in his semen and her slick - blissed out. Toying with a strand of her sooty black hair, Shepherd mulled over just what to do with what was now his possession, impressed that the little female was plucky enough to dress in corpse's clothes and parade into a pack of Alphas just to speak to him. (The following excerpt is from chapter 3) Naked and so covered in Shepherd's semen it was caked in her hair, Claire looked shattered. In the hazy, blissful high of their frenzy, he'd fed it to her, rubbed it into her skin - saturated her inside and out with that viscous liquid. If Shepherd had not spent so much time running his fingers through her hair, she was certain it would have been a matted mess.

TMO: He stroked her hair back, fingers untangling it the best he was able with sweat and semen coating the thick mass. Days' worth of semen and cream coated her skin where his hands had massaged it into her skin, slid it through her hair, in his desire for her to be so marked as his. Every inch of her body was covered. He had no idea how much she had swallowed as he pressed it between her lips and she'd sucked his fingers clean.

9. BTBB: Silver eyes ran over the lithe dancer's body she possessed, the Alpha growling at the obvious fact his Omega was underfed. It was getting him into such a mood that when a knock came to the door, Shepherd covetously grabbed what was his and roared.

TMO: He wondered when the last time she'd had a proper meal was. She was small, her hips poking gently from beneath her skin, showing that she was underweight, even if just slightly. He snarled in anger. It had been done purposely. Omega's did not conceive if they were unhealthy, and she was





Relate





Pages




Englis
Españ

Privac
Cooki
Faceb



**Addison Cain**
@AddisonICain

Home

Posts

Photos

About

Community

Events

Groups

Info and ads

Create a Page



arrangement she had woken up in.

TMO: Everything on the bed, including the man and woman on it, was crusted with a mixture of bodily fluids, tinting the black bedding a sickly looking grey.

14. BTBB: Claire would also be sore now that estrous had ended and her mind was not clouded with the insatiable drive to mate. He was certain she would also be resentful of the binding he'd forced. But that was the lot for Omegas, the way of nature. He wanted her, he took. End of story.

TMO: His little Omega would be lethargic for a day or two, having had no more sleep than a few short naps throughout her estrus.

15. BTBB: Sitting like an overgrown hulk at the small desk, Shepherd accessed his COMscreen and ignored her.

TMO: A desk held an InfoScreen

Finally I want to say, that I do not own the concept of Omegaverse and I enjoy reading stories in that genre. Omegaverse is also not lycan/werewolf stories. Shifter stories are different and follow their own meta – and I also love reading them. If any of you want to write an Omegaverse story, please do! I'd read it, comment on it, and encourage you, so long as it's your own original thought and not an unauthorized derivative of an author's original work being passed off as another's individual work. I also grasp that erotica is a genre with established tropes, and dystopian non-con is a subgenre with even more familiar tropes, so there's bound to be some crossover.

I have one last point I want to make. I have not EVER stirred up my fans against another writer. In fact, this was becoming such a bother that I posted this on FB in response to TheDragonsMaiden's claims she was being harassed:

-I've been getting a lot of emails and PM's from Lit readers regarding a story they feel was plagiarized from Born to be Bred. I am aware of the situation and I love you for reaching out to me with your concerns. Yes, the story is similar; imitation is the sincerest form of flattery after all, so I don't want to stir up trouble. That's why I intend to focus my energy on fun, happy things instead - like working on a new story that takes place in the BTBB universe under Bernard Dome. I'm also about to submit Dark Side of the Sun into a contest. Wish me luck!-

I know a lot of you are my readers, and you know I love you. I also trust your judgment. Do I believe she plagiarized my story. Yes. Do I expect everyone to agree with me. No. The DMCA will be the final judge of the matter. I just had to say my piece and I know you can respect that."

HER RESPONSE was to shut down all comments and write this:

"Sorry.

Due to the number of comments that are either borderline threatening









