IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUILL INK BOOKS LIMITED, a foreign corporation, <br><br> Plaintiff, <br><br> v. <br><br> (1) ABCD GRAPHICS AND DESIGN, INC., D/B/A BLUSHING BOOKS PUBLISHING, a foreign corporation <br>(2) RACHELLE SOTO a/k/a ADDISON CAIN, an individual, and <br>(3) JOHN and JANE DOE, unknown individuals and online participants, <br><br> Defendants. | Case No. 5:18-cv-00920-G |

**DECLARATION OF RACHELLE SOTO
IN SUPPORT OF MOTION TO DISMISS**

I, Rachelle Soto, declare:

1. I am over the age of 18 and competent to make this declaration. I submit this declaration in support of the motion to dismiss the claims asserted against me personally in this case. I have personal knowledge of the matters contained herein.

2. I own a home and currently reside in Stafford, Virginia and have done so since July 2015. Prior to that I lived in Kyoto, Japan for approximately two years, and before Japan, I lived in Virginia for about three years. I have been a Virginia resident for the past 10-years, have a Virginia driver's license, pay Virginia state income taxes, and am registered to vote in Virginia.

3. I have never resided in the State of Oklahoma. I do not have an Oklahoma address or phone number. I do not own any personal or real property or any other assets located in Oklahoma. I have never been employed in Oklahoma and have never paid Oklahoma income tax.

4. I have never filed any lawsuits in the State of Oklahoma.

**EXHIBIT 1**

Exhibit 1
Page 1 of 2

5. I have had no contacts with Oklahoma. Other than possibly passing through Oklahoma, I have not been to the State of Oklahoma in the last 20 years. To the best of my recollection, I have never traveled to Oklahoma in connection with any business activity in the last 20 years.

6. I primarily work from an office in my home in Stafford, Virginia.

7. I write under the pseudonym of Addison Cain and am best known for my dark romances, including the internationally bestselling *Alpha's Claim* Series. My *Alpha's Claim* Series includes the books entitled *Born To Be Bound: Book One*, *Born To Be Broken: Book Two* and *Reborn: Book Three*.

8. I do not personally conduct business in Oklahoma. All publication and sales activities relating to my books have always been conducted by Blushing Books and other third-party publishers and retailers (e.g., Amazon). The only contact I have had with Oklahoma is that some of my books have been purchased by Oklahoma residents through the numerous third-party retailers, including Blushing Books, that sell my books. Other than this, I have no contacts with Oklahoma.

I, Rachelle Soto, declare under penalty of perjury that the foregoing is true and correct. Executed on November 26th, 2018.

_____
Rachelle Soto