CRAVE TO CAPTURE (MYTH OF OMEGA BOOK 2)

Copyright © 2018 by Zoey Ellis

All rights reserved. Sale of any edition of this book is wholly unauthorized. Except for use in review, the reproduction or utilization of this work in whole or in part, by any means, is forbidden without written permission from the author/publisher.

This book is a work of fiction. Names, characters, places, and incidents are products of the author's imagination or are used fictitiously. Any resemblance to actual events, locales, or persons, living or dead, is entirely coincidental.

First Edition: March 2018