```
Type of Work:        Text

Registration Number / Date:
                     TX0008663085 / 2018-05-12

Application Title: Crave To Conquer.

Title:               Crave To Conquer.

Description:         Electronic file (eService)

Copyright Claimant:
                     Zoey Ellis.

Date of Creation:    2018

Date of Publication:
                     2018-01-15

Nation of First Publication:
                     United States

Authorship on Application:
                     Zoey Ellis (author of pseudonymous work); Citizenship:
                        United Kingdom. Authorship: Novel.

Rights and Permissions:
                     Quill Ink Books Limited, 131A Blenheim Road, Harrow,
                        Harrow, Harrow, Middlesex, HA2 7AA, United Kingdom

Copyright Note:      Regarding basis for registration: A work may be registered
                        with the Single Application only if the following
                        requirements have been met: 1) The registration covers
                        one work; 2) The work must be created by one individual;
                        3) All of the material contained within the work must be
                        created by the same individual; 4) The author and the
                        owner of the work must be the same person, and that
                        person must own all of the rights in the work; 5) The
                        work cannot be a work made for hire.

ISBN:                1983661627

Names:               Ellis, Zoey

====================================================================================
```