# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-578-230**

**Effective Date of Registration:**
April 17, 2018

## Title

        **Title of Work:**  Born to be Bound: Alpha's Claim Book 1

## Completion/Publication

        **Year of Completion:**  2016
    **Date of 1st Publication:**  April 06, 2016
  **Nation of 1st Publication:**  United States

## Author

              **Author:**  Rachelle LeAnne Soto
          **Pseudonym:**  Addison Cain
      **Author Created:**  text
            **Citizen of:**  United States
         **Domiciled in:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Rachelle Stafford Soto
                            1006 Atlantic Drive, Stafford, VA, 22554, United States

## Rights and Permissions

                **Name:**  Rachelle Soto
               **Email:**  addison@addisonlcain.com
          **Telephone:**  (703)474-9600
            **Address:**  1006 Atlantic Drive
                            Stafford, VA 22554 United States

## Certification

                **Name:**  Rachelle Soto

SOTO_001089