**From:** Rachelle Soto <rachellespen@gmail.com>
**Sent:** 5/16/2018 8:59:57 PM -0500
**To:** ~Allison <allison@blushingbooks.com>
**Subject:** Amazon's Copyright Infringement Phone Number

Can we call them? Book three is going to go live soon, and I don't want it being released.

Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
**phone: (206) 266-4064**
fax: (206) 266-7010
e-mail: copyright@amazon.com

Thanks!