| | |
|---|---|
| **From:** | Bethany Burke <bethany@blushingbooks.com> |
| **Sent:** | 5/21/2018 4:51:08 PM -0500 |
| **To:** | Rachelle Soto <rachellespen@gmail.com> |
| **Subject:** | Re: New Omegaverse Couple--Myth of Omega! |

The problem is - as you say - you do not own Omegaverse.

She's lost her Apple account, though her other titles are still on B&N and Kobo. I don't know what mechanism we can use to shut her down completely as an author, unless YOU want to try to trademark Omegaverse.   (Which we might be able to get...)

 I think our best strategy right now is to push Amazon HARD.  If she loses her account completely it will in effect shut her down.

If you have a different / better plan or strategy please share it.

Anne


> On May 21, 2018, at 5:10 PM, Rachelle Soto <rachellespen@gmail.com> wrote:
>
> What can we do to stop her spin off series?
>
> ---------- Forwarded message ----------
> From: **Zoey Ellis** <zoey@zoeyellis.com>
> Date: Mon, May 21, 2018 at 4:02 PM
> Subject: New Omegaverse Couple--Myth of Omega!
> To: Rachel Lespen <rachellespen@gmail.com>