**From:** Rachelle Soto <rachellespen@gmail.com>
**Sent:** 7/11/2018 3:43:59 PM -0500
**To:** Bethany Burke <bethany@blushingbooks.com>
**Subject:** Zoey's books are back.

Her books are back up on iBooks:

https://itunes.apple.com/us/book/crave-to-conquer/id1321129224?mt=11&ign-mpt=uo%3D4

They are also on Kobo and Google Play.

And I'm super mad (not at you, at this fucked up situation). Can we please send out DMCA Takedown notices to these people. Also, what are we going to do about Amazon?

Help!

SOTO_001147