3/12/2019 Courtney!!! Milan on Twitter: "A brief note on my use of the word 'ownership' in this thread. I believe that claiming a right to exclude oth...

Case 5:18-cv-00920-G Document 43-17 Filed 06/08/19 Page 1 of 3



**Nora Ash** @NoraAshWrites

💬 4   🔁 1   19

**Courtney!!! Milan**  @courtneymilan · 28m
Also, even if she DID invent m/f Omegaverse, it's an idea, and she has no right to restrict others from the idea.

Honestly, this looks to me like Addison is the copyright version of Faleena Hopkins. You don't get to take ideas from the community. This is wrong.

💬 3   🔁 2   34

**Courtney!!! Milan**
@courtneymilan

[ Follow ]

A brief note on my use of the word "ownership" in this thread.

I believe that claiming a right to exclude others from using an idea is a claim of ownership. You may not use the word "ownership," but the right to exclude others is a primary function of ownership.

10:04 AM - 12 Mar 2019

3 Likes

💬 1   🔁   3

**Courtney!!! Milan**  @courtneymilan · 1m
If you file a takedown notice and say that someone else cannot publish a work because it contains (a, b, and c) and your work contains (a, b, and c) you are claiming ownership over the combination of a, b, and c, even if you do not say "I own them."

💬 1   🔁   4

**Courtney!!! Milan**  @courtneymilan · 42s
So when I say "it looks like she's claiming ownership over X" it's another way of saying "she is claiming a right to exclude others from X."

Addison's claim to be able to exclude others is what made me say she was claiming ownership.

💬   🔁

3/12/2019
Case 5:18-cv-00920-G Document 49-17 Filed 06/03/19 Page 2 of 3
Courtney!!! Milan on Twitter: "So here are the list of similarities. Note there is no word-for-word copying.... "

So if you don't read fanfiction and first learned about A/B/O dynamics from Addison Cain's published work with that dynamic, you'd probably think she came up with it.

She super did not. Nope.

Q 5     ⟲ 6     79

**Courtney!!! Milan**
@courtneymilan

Follow

# So here are the list of similarities. Note there is no word-for-word copying.

in who had the audacity to call himself 'The Shepherd' was massive, the lar[...]

: largest Alpha known in the Eastern Lands, and while it was a petty reactio[...]
ered something innate within him.

n a ragged breath, swaying as if her legs could not decide which way to run [...]
h, "No... no, no, this can't be happening."

n whispered, taking a step back. "No, It can't..."

—the one she had fought her whole life—was making her tremble and pre[...]
ly a commotion all around.

iced around wildly as she backed away, her whole body tensed and poised [...]

:ant, an arm as thick as a tree trunk came around her middle, and she was c[...]
y the swaggering pace of a man staking claim... of the victor of the battle.

snapped in Drocco. He swept forward and lifted Cailyn, throwing her over [...]
: out of the Great Hall.

to the floor, her body convulsed in another cramp, drawing out the female [...]
, needed—to press her hands between her legs.

ver, pressing her hands between her legs, and groaned.

6:56 AM - 12 Mar 2019

1 Retweet  26 Likes  

Q 5     ⟲ 1     26



**Courtney!!! Milan**  @courtneymilan · 3h
(similarities, cont'd)

BTBB: Protagonist is obsessed with his Omega. DemaOmega stops eating.
match.
CtC: Protagonist is obsessed with his Omega. Deman(: Protagonist is unwilling to change world view, even if it would make the Omega ha
match.
Protagonist is unwilling to change world view, even if it would make the Omega happ

BTBB: Alpha is given unwanted advice from Beta seco
CtC: Alpha is given unwanted advice from Beta secon(: Once contacted, the other hidden Omegas betray Claire.

BTBB: Protagonist uses information unwillingly gathere Once contacted, the other hidden Omegas betray Cailyn.
CtC: Protagonist uses information unwillingly gathered

BTBB: Instead of asking Claire why she is unhappy, P[...]: Omega begins to develop Stockholm syndrome, questions her reactions and is co
outside help.                                                  Omega begins to develop Stockholm syndrome, questions her reactions and is confi
CtC: Instead of asking Cailyn why she is unhappy, Pro
outside help.                                                  t: Protagonist tries to make Claire jealous. This in turn breaks her spirit
                                                               Protagonist tries to make Cailyn jealous. This in turn breaks her spirit
BTBB: The Omega falls into a deeper depression and
Omegas.
                                                               l: Claire escapes at first opportunity, jumping off a balcony, escapes into city leaving
CtC: The Omega falls into a deeper depression and de inger.
Omegas.                                                        Cailyn escapes at first opportunity, floating off a balcony, escapes into city leaving b[...]
                                                               inger.

Q 1     ⟲ 1     23



**Courtney!!! Milan**  @courtneymilan · 3h
I *know* this looks like a lot, but I have also read enough fanfiction to know that I have read this exact same thing on AO3 a fucking MILLION times.

One of the reason certain people *write* A/B/O is because it exaggerates gender essentialist characteristics.

3/12/2019    Courtney!!! Milan on Twitter: "If you file a takedown notice and say that someone else cannot publish a work because it contains (a, b, …

Case 5:18-cv-00920-G    Document 45-17    Filed 06/03/19    Page 3 of 5

because it contains (a, b, and c) and your work contains (a, b, and c) you are claiming ownership over the combination of a, b, and c, even if you do not say "I own them."

10:05 AM - 12 Mar 2019

1 Retweet    14 Likes

♡ 2    ⟲ 1    14


**Courtney!!! Milan**    @courtneymilan · 27m
So when I say "it looks like she's claiming ownership over X" it's another way of saying "she is claiming a right to exclude others from X."

Addison's claim to be able to exclude others is what made me say she was claiming ownership.

♡    ⟲ 1    14


**Jennifer Bene** @jbeneauthor · 24m
Replying to @courtneymilan

I have a lot of respect for you, Courtney, and in this case I hope you've just been misled? Her publisher filed a DMCA, not Addison. And it had nothing to do with the use of Omegaverse characteristics, but plot and characters. Have you had the chance to read the info?

♡ 1    ⟲


**Courtney!!! Milan**    @courtneymilan · 22m
I read all the info. The plot and character points that she lists are EXTREMELY standard Omegaverse characteristics, which are listed in the above thread.

♡ 2    ⟲    2


**Courtney!!! Milan**    @courtneymilan · 20m
And I just need you to ask: If there were actual copyright infringement here which would support a DMCA claim, why is her publisher not asserting copyright infringement as a counter claim?

♡ 1    ⟲


**Courtney!!! Milan**    @courtneymilan · 19m
And it's pretty clear that Addison has been supporting her publisher's actions on her behalf—she's calling the woman a plagiarist, after all—so I think saying that she is claiming ownership over those characteristics is fair.

♡ 2    ⟲    1


**Courtney!!! Milan**    @courtneymilan · 17m
I know you're friends, and I'm sorry to say this about your friend, but I have not seen any thing that makes me think there was any merit to those initial takedown notices.

♡    ⟲    1