## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) QUILL INK BOOKS LIMITED, a foreign corporation,<br><br>  Plaintiff,<br><br> v.<br><br> (1) ABCD GRAPHICS AND DESIGN, INC., D/B/A BLUSHING BOOKS PUBLISHING, a foreign corporation, *et al.*,<br><br>  Defendants. | Case No.: CIV-18-920-G |

## DEFENDANT'S OFFER OF JUDGMENT

Defendant, ABCD Graphics and Design, Inc. d/b/a Blushing Books Publishing ("Defendant"), pursuant to Fed. R. Civ. P. 68, extends the following offer of judgment to Plaintiff, Quill Ink Books Limited ("Plaintiff") and stipulates that Zoey Ellis's Myth of Omega series does not plagiarize Addison Cain's Alpha's Claim series, and the take-down notices transmitted pursuant to the Digital Millennium Copyright Act are invalid.

Defendant hereby waives the 14-day requirement of Rule 68 and consents to Magistrate Judge Suzanne Mitchell entering final disposition of this case.

Dated this 9th day of September, 2019.

                                        s/ Becky Briggs
                                        Becky Briggs, Esq.
                                        THE LAW OFFICE OF BECKY BRIGGS, LLC
                                        315 Colorado Ave
                                        Pueblo, CO 81103
                                        Telephone:  (719) 924-9954
                                        Facsimile:   (970) 826-7050
                                        Email:  BeckyBriggsLaw@gmail.com

                                        **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**Rebecca L Briggs**
beckybriggslaw@gmail.com

**Shawn M Dellegar**
shawn.dellegar@crowedunlevy.com, carol.welch@crowedunlevy.com, ECFT@crowedunlevy.com, tammy.shaddox@crowedunlevy.com

**Deric J McClellan**
deric.mcclellan@crowedunlevy.com, pat.george@crowedunlevy.com, ecft@crowedunlevy.com

**Gideon A Lincecum**
glincecum@holladaychilton.com, cburgess@holladaychilton.com, ECF_Service@holladaychilton.com

**Dylan D Erwin**
derwin@hollladaychilton.com, lspencer@holladaychilton.com, ecf_service@holladaychilton.com

*s/ Becky Briggs*