## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) QUILL INK BOOKS LIMITED, a
foreign corporation,

     Plaintiff,

v.

(1) ABCD GRAPHICS AND DESIGN,
INC., D/B/A BLUSHING BOOKS
PUBLISHING, a foreign corporation, *et al.*,

     Defendants.

Case No.: CIV-18-920-G

## PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Plaintiff, Quill Ink Books Limited ("Plaintiff"), hereby accepts the offer of judgment proffered by Defendant, ABCD Graphics and Design, Inc. d/b/a Blushing Books Publishing ("Defendant") on September 9, 2019.

Plaintiff hereby waives the 14-day requirement of Rule 68 and consents to Magistrate Judge Suzanne Mitchell entering final disposition of this case.

Dated this 9th day of September, 2019.

s/ *Gideon A Lincecum*
Gideon A. Lincecum, OBA No. 19674
James W. Dobbs, OBA No. 14995
Dylan D. Erwin, OBA No. 31987
HOLLADAY & CHILTON, PLLC
204 North Robinson, Suite 1550
Oklahoma City, OK 73102
Telephone:  (405) 236-2343
Facsimile:  (405) 236-2349
Email:  glincecum@holladaychilton.com
       jdobbs@holladaychilton.com
       derwin@holladaychilton.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of September, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**Rebecca L Briggs**
beckybriggslaw@gmail.com

**Shawn M Dellegar**
shawn.dellegar@crowedunlevy.com, carol.welch@crowedunlevy.com,
ECFT@crowedunlevy.com, tammy.shaddox@crowedunlevy.com

**Deric J McClellan**
deric.mcclellan@crowedunlevy.com, pat.george@crowedunlevy.com,
ecft@crowedunlevy.com

**Gideon A Lincecum**
glincecum@holladaychilton.com, cburgess@holladaychilton.com,
ECF_Service@holladaychilton.com

**Dylan D Erwin**
derwin@hollladaychilton.com, lspencer@holladaychilton.com,
ecf_service@holladaychilton.com

*s/ Gideon A. Lincecum*