IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

QUILL BOOKS LIMITED, et al., )
)
    Plaintiffs, )
)
v. )
) Case No. CIV-18-920-G
ABCD GRAPHICS AND )
DESIGN, INC., et al., )
)
    Defendants. )
)

## JUDGMENT

The Court enters judgment pursuant to the accepted offer of judgment under Fed. R. Civ. P. 68. *See* Docs. 89-90.

**ENTERED** on this 9th day of September, 2019.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE