IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **QUILL INK BOOKS LIMITED,** a foreign corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-920-G ) |
| **ABCD GRAPHICS AND DESIGN, INC., d/b/a BLUSHING BOOKS PUBLISHING,** a foreign corporation, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**ENTER ORDER:**

The settlement conference was held on September 9, 2019, before Magistrate Judge Suzanne Mitchell. Gideon A. Lincecum appeared as trial counsel for Plaintiff. Rebecca L. Briggs appeared as trial counsel for Defendant.

    X        The case did settle.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

                                                        Carmelita R. Shinn, Clerk


                                    By:    s/Lesa Boles
                                             Deputy Clerk